**STATE of Missouri, Plaintiff–Respondent,**

v.

**Cletis Ray RORIE, Defendant–Appellant.**

No. 62792.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 17, 1993.

S. Paige Canfield, St. Louis, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### *ORDER*

PER CURIAM.

Defendant, Cletis Ray Rorie, appeals from judgments of conviction, after a jury trial, for stealing property of a value of at least one hundred and fifty dollars and for burglary in the second degree. He was sentenced as a prior, persistent, and class

X offender to concurrent terms of imprisonment of ten years on each count.

No jurisprudential purpose would be served by a written opinion. The judgments of convictions are affirmed. Rule 30.25(b).